**Dismissed and Memorandum Opinion filed January 14, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-01079-CR
### NO. 14-13-01080-CR

---

### JUNIUS RENARD HARRIS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 176th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1360266 & 1360267**

---

## M E M O R A N D U M   O P I N I O N

Appellant entered guilty pleas to aggravated sexual assault and aggravated robbery with a deadly weapon. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant to confinement for 45 years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed pro se notices of appeal. We dismiss the appeals.

The trial court entered certifications of the defendant's right to appeal in which the court certified that these are plea bargain cases, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certifications are included in the records on appeal. *See* Tex. R. App. P. 25.2(d). The records support the trial court's certifications. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeals.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Brown.
Do Not Publish — TEX. R. APP. P. 47.2(b)